**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: REDD, MICHAEL L.                          §   Case No. 10-07574
                                                 §
                                                 §
Debtor(s)                                        §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    219 S. Dearborn St., 7th Floor, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 05/31/2013 in Courtroom 201, United States Courthouse, Joliet City Hall, 150 West Jefferson St.  2nd Flr. Joliet IL  60432
.
    If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/24/2013          By:  /s/DEBORAH K. EBNER
                                                 Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: REDD, MICHAEL L. § Case No. 10-07574
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $ 23,225.23

*and approved disbursements of*      $ 4,992.86

*leaving a balance on hand of* [1]      $ 18,232.37

**Balance on hand:**      $ 18,232.37

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:      $ 0.00
Remaining balance:      $ 18,232.37

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah K. Ebner | 3,072.52 | 0.00 | 3,072.52 |
| Trustee, Expenses - Deborah K. Ebner | 31.52 | 0.00 | 31.52 |
| Attorney for Trustee, Fees - Deborah K. Ebner, ESQ. | 1,441.50 | 0.00 | 1,441.50 |

Total to be paid for chapter 7 administration expenses:      $ 4,545.54
Remaining balance:      $ 13,686.83

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 13,686.83 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 13,686.83 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 199,970.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | 17,560.53 | 0.00 | 1,201.92 |
| 2 | Discover Bank | 6,134.87 | 0.00 | 419.91 |
| 3 | Dyck-ONeal, Inc. | 114,665.33 | 0.00 | 7,848.16 |
| 4 | Chase Bank USA NA | 5,608.88 | 0.00 | 383.89 |
| 5 | Chase Bank USA NA | 6,784.15 | 0.00 | 464.33 |
| 6 | FIA Card Services, NA/Bank of America | 49,217.07 | 0.00 | 3,368.62 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 13,686.83 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                           Case No. 10-07574-BWB
Michael L. Redd                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: mrahmoun          Page 1 of 3          Date Rcvd: Apr 26, 2013
                             Form ID: pdf006         Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2013.
```
db          +Michael L. Redd,    3614 Tallgrass Ct.,    Joliet, IL 60435-1573
aty         +Deborah K Ebner,    Law Office of Deborah Kanner Ebner,    11 E Adams St,    Suite 904,
              Chicago, IL 60603-6306
15155537     Aes/Pheaa,    Student Loan Svc Ctr,    Harrisburg, PA 17105
15155541    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
15155540    ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3408
             (address filed with court: Cach Llc,    370 17th St Ste 5000,    Denver, CO 80202)
15155543    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16983547     Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
15155544    +Collection Company O,    700 Lonwater Drive,    Norwell, MA 02061-1796
15155545    +Credit Protection Asso,    13355 Noel Rd Ste 2100,    Dallas, TX 75240-6837
15155547    +Dyck Oneal Inc,    15301 Spectrum Dr,    Addison, TX 75001-6436
15155549    +Ffcc-Columbus Inc,    1550 Old Henderson Rd St,    Columbus, OH 43220-3626
15155550    +Hsbc/Rs,    90 Christiana Rd,    New Castle, DE 19720-3118
15155552    +Kerri Redd,    731 S Washington,    Elmhurst, IL 60126-4348
15155553    +Legacy Village Apartments,    7001 Parkwood Blvd.,    Plano, TX 75024-7165
15155554    +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
15155555    +Merchants Cr,    223 W Jackson St Suite 900,    Chicago, IL 60606-6912
15155557    +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
15155558    +Thd/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
15155559    +Webbank/Dfs,    12234 N Ih 35 Sb Bldg B,    Austin, TX 78753-1726
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15447244    +E-mail/Text: bnc@atlasacq.com Apr 26 2013 22:03:12     Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
16919860    +E-mail/Text: bnc@atlasacq.com Apr 26 2013 22:03:12     Atlas Acquisitions LLC,
              Assignee of Maryland Natl Bank NA,    294 Union St,    Hackensack NJ 07601-4303
15155542    +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Apr 26 2013 22:02:45
              Capital One Auto Finan,    3901 Dallas Pkwy,    Plano, TX 75093-7864
16924454     E-mail/PDF: mrdiscen@discoverfinancial.com Apr 26 2013 21:56:38     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
15155546    +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 26 2013 21:56:38     Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
16963320    +E-mail/Text: lweidhaas@dyckoneal.com Apr 26 2013 22:04:50     Dyck-ONeal, Inc.,    PO Box 13370,
              Arlington, TX 76094-0370
15155548    +E-mail/Text: bknotice@erccollections.com Apr 26 2013 22:04:56     Enhanced Recovery Corp,
              8014 Bayberry Rd,    Jacksonville, FL 32256-7412
17325731     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 26 2013 21:56:38
              FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,    PO Box 248809,
              Oklahoma City, OK  73124-8809
15155556    +E-mail/Text: bankrup@aglresources.com Apr 26 2013 22:00:00     Nicor Gas,    1844 Ferry Road,
              Naperville, IL 60563-9600
15155538     E-mail/PDF: cbp@slfs.com Apr 26 2013 21:56:55     American General Finan,    Po Box 3251,
              Evansville, IN 47731
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15155551      Jeffrey Levin & Associates,    Need Address???
15155539    ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mrahmoun              Page 2 of 3              Date Rcvd: Apr 26, 2013
                              Form ID: pdf006             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 28, 2013**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1           User: mrahmoun              Page 3 of 3                   Date Rcvd: Apr 26, 2013
                               Form ID: pdf006             Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2013 at the address(es) listed below:
          Deborah  Kanner Ebner    dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
           admin.assistant@debnertrustee.com
          John J Lynch    on behalf of Debtor Michael L. Redd jjlynch@jjlynchlaw.com,
           rlynch@jjlynchlaw.com;lhernandez@jjlynchlaw.com;jjlynchlaw801@gmail.com;lpecf2011@gmail.com
          Joshua D Greene    on behalf of Trustee Deborah  Kanner Ebner jgreene@archerbay.com,
           jkrafcisin@springerbrown.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                               TOTAL: 4