## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: REDD, MICHAEL L.                                    Case No. 10-07574
                                                          Chapter   7
_____,
                        Debtor

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $26,290.00                    Assets Exempt:  $27,090.00
*(without deducting any secured claims)*

Total Distribution to Claimants:$13,686.83       Claims Discharged
                                                 Without Payment: $704,430.00

Total Expenses of Administration:$9,538.40

3) Total gross receipts of $    23,225.23    (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $      0.00    (see **Exhibit 2** ), yielded net receipts of  $23,225.23
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,538.40 | 9,538.40 | 9,538.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 630,706.00 | 199,970.83 | 199,970.83 | 13,686.83 |
| **TOTAL DISBURSEMENTS** | $630,706.00 | $209,509.23 | $209,509.23 | $23,225.23 |

4) This case was originally filed under Chapter 7 on February 25, 2010. The case was pending for 41 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/17/2013            By: /s/DEBORAH K. EBNER
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking / Savings Account at: E*Trade Bank | 1129-000 | 15,000.00 |
| Insider preference against father (undisclosed) | 1241-000 | 8,225.00 |
| Interest Income | 1270-000 | 0.23 |
| **TOTAL GROSS RECEIPTS** | | $23,225.23 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah K. Ebner | 2100-000 | N/A | 3,072.52 | 3,072.52 | 3,072.52 |
| Deborah K. Ebner | 2200-000 | N/A | 31.52 | 31.52 | 31.52 |
| Deborah K. Ebner, ESQ. | 3110-000 | N/A | 1,441.50 | 1,441.50 | 1,441.50 |

**UST Form 101-7-TDR (10/1/2010)**

| Joshua Greene Springer Brown | 3210-000 | N/A | 4,458.50 | 4,458.50 | 4,458.50 |
| Joshua Green | 3220-000 | N/A | 91.53 | 91.53 | 91.53 |
| International Sureties | 2300-000 | N/A | 3.00 | 3.00 | 3.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 10.79 | 10.79 | 10.79 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| International Sureties | 2300-000 | N/A | 24.04 | 24.04 | 24.04 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $9,538.40 | $9,538.40 | $9,538.40 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | 7100-000 | N/A | 17,560.53 | 17,560.53 | 1,201.92 |
| 2 | Discover Bank | 7100-000 | 6,134.00 | 6,134.87 | 6,134.87 | 419.91 |
| 3 | Dyck-ONeal, Inc. | 7100-000 | 94,034.00 | 114,665.33 | 114,665.33 | 7,848.16 |
| 4 | Chase Bank USA NA | 7100-000 | 5,608.00 | 5,608.88 | 5,608.88 | 383.89 |
| 5 | Chase Bank USA NA | 7100-000 | 6,784.00 | 6,784.15 | 6,784.15 | 464.33 |
| 6 | FIA Card Services, NA/Bank of America | 7100-000 | N/A | 49,217.07 | 49,217.07 | 3,368.62 |
| NOTFILED | MERCHANTS CR | 7100-000 | 176.00 | N/A | N/A | 0.00 |
| NOTFILED | MERCHANTS CR | 7100-000 | 762.00 | N/A | N/A | 0.00 |
| NOTFILED | MCYDSNB | 7100-000 | 1,680.00 | N/A | N/A | 0.00 |
| NOTFILED | MERCHANTS CR | 7100-000 | 61.00 | N/A | N/A | 0.00 |
| NOTFILED | WEBBANK/DFS | 7100-000 | 2,787.00 | N/A | N/A | 0.00 |
| NOTFILED | NICOR GAS | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Enhanced Recovery Corp | 7100-000 | 196.00 | N/A | N/A | 0.00 |
| NOTFILED | THIRD/CBSD | 7100-000 | 1,027.00 | N/A | N/A | 0.00 |
| NOTFILED | JEFFREY LEVIN | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | SEARS/CBSD | 7100-000 | 1,732.00 | N/A | N/A | 0.00 |
| NOTFILED | FFCC  COLUMBUS INC | 7100-000 | 1,369.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC/RS | 7100-000 | 5,498.00 | N/A | N/A | 0.00 |
| NOTFILED | AES/PHEAA STUDENT LOAN | 7100-000 | 253,371.00 | N/A | N/A | 0.00 |
| NOTFILED | AES/PHEAA STUDENT LOAN | 7100-000 | 135,350.00 | N/A | N/A | 0.00 |
| NOTFILED | BANK OF AMERICA | 7100-000 | 49,217.00 | N/A | N/A | 0.00 |
| NOTFILED | AMERICAN GENERAL FINAN | 7100-000 | 4,513.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | COLLECTION COMPANY O | 7100-000 | 196.00 | N/A | N/A | 0.00 |
| NOTFILED | CREDIT PROTECTION ASSO | 7100-000 | 248.00 | N/A | N/A | 0.00 |
| NOTFILED | CAP ONE AUTO FINANCE | 7100-000 | 9,784.00 | N/A | N/A | 0.00 |
| NOTFILED | CAP ONE AUTO FINANCE | 7100-000 | 14,658.00 | N/A | N/A | 0.00 |
| NOTFILED | CACH LLC | 7100-000 | 17,560.00 | N/A | N/A | 0.00 |
| NOTFILED | CAP ONE | 7100-000 | 2,561.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $630,706.00 | $199,970.83 | $199,970.83 | $13,686.83 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 10-07574 | Trustee: (330480) DEBORAH K. EBNER |
| Case Name: REDD, MICHAEL L. | Filed (f) or Converted (c): 02/25/10 (f) |
| | §341(a) Meeting Date: 03/24/10 |
| Period Ending: 07/17/13 | Claims Bar Date: 06/02/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on Hand | 40.00 | 0.00 | | 0.00 | FA |
| 2 | Checking / Savings Account at: E*Trade Bank | 800.00 | 0.00 | | 15,000.00 | FA |
| 3 | Misc Household Goods and Furniture located at - | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Personal Clothing of Debtor | 250.00 | 0.00 | | 0.00 | FA |
| 5 | 401K @ Hewitt & Assoc. | 25,000.00 | 0.00 | | 0.00 | FA |
| 6 | Insider preference against father (undisclosed) (u) | 0.00 | 1.00 | | 8,225.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.23 | FA |
| 7 | **Assets** Totals (Excluding unknown values) | **$27,090.00** | **$1.00** | | **$23,225.23** | **$0.00** |

**Major Activities Affecting Case Closing:**

Additional testimony indicates avoidable transfers. 2004 requests issued to collect information.

**Initial Projected Date Of Final Report (TFR):** December 31, 2016    **Current Projected Date Of Final Report (TFR):** April 25, 2013 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-07574 |
| Case Name: | REDD, MICHAEL L. |
| | |
| Taxpayer ID #: | **-***6285 |
| Period Ending: | 07/17/13 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******14-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/13/11 | {6} | Louis J Redd and Patricia Redd | | 1241-000 | 5,625.00 | | 5,625.00 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 5,625.02 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,625.06 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 10.79 | 5,614.27 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,614.31 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,589.31 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,589.35 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,564.35 |
| 10/24/11 | {6} | Louis Redd | | 1241-000 | 2,600.00 | | 8,164.35 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 8,164.40 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,139.40 |
| 11/22/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 8,139.44 |
| 11/22/11 | | To Account #9200******1466 | | 9999-000 | | 8,139.44 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 8,225.23 | 8,225.23 | $0.00 |
| Less: Bank Transfers | 0.00 | 8,139.44 | |
| Subtotal | 8,225.23 | 85.79 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $8,225.23 | $85.79 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-07574 | **Trustee:** DEBORAH K. EBNER (330480) |
| **Case Name:** REDD, MICHAEL L. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******14-66 - Checking Account |
| **Taxpayer ID #:** **-***6285 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 07/17/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | | From Account #9200******1465 | | 9999-000 | 8,139.44 | | 8,139.44 |
| 11/22/11 | | To Account #9200******1467 | | 9999-000 | | 990.00 | 7,149.44 |
| 11/22/11 | | To Account #9200******1468 | | 9999-000 | | 990.00 | 6,159.44 |
| 11/22/11 | | To Account #9200******1469 | | 9999-000 | | 990.00 | 5,169.44 |
| 11/22/11 | | To Account #9200******1470 | | 9999-000 | | 990.00 | 4,179.44 |
| 11/22/11 | | To Account #9200******1471 | | 9999-000 | | 990.00 | 3,189.44 |
| 11/22/11 | | To Account #9200******1472 | | 9999-000 | | 990.00 | 2,199.44 |
| 11/22/11 | | To Account #9200******1473 | | 9999-000 | | 990.00 | 1,209.44 |
| 11/22/11 | | To Account #9200******1474 | | 9999-000 | | 500.00 | 709.44 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 684.44 |
| 01/30/12 | | From Account #9200******1467 | Consolidate | 9999-000 | 990.00 | | 1,674.44 |
| 01/30/12 | | From Account #9200******1468 | Consolidate | 9999-000 | 990.00 | | 2,664.44 |
| 01/30/12 | | From Account #9200******1469 | Consolidate | 9999-000 | 990.00 | | 3,654.44 |
| 01/30/12 | | From Account #9200******1470 | Consolidate | 9999-000 | 990.00 | | 4,644.44 |
| 01/30/12 | | From Account #9200******1471 | Consolidate | 9999-000 | 990.00 | | 5,634.44 |
| 01/30/12 | | From Account #9200******1472 | Consolidate | 9999-000 | 990.00 | | 6,624.44 |
| 01/30/12 | | From Account #9200******1473 | Consolidate | 9999-000 | 990.00 | | 7,614.44 |
| 01/30/12 | | From Account #9200******1474 | Consolidate | 9999-000 | 500.00 | | 8,114.44 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,089.44 |
| 03/08/12 | 101 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #10-07574, Bond # 016026455 | 2300-000 | | 24.04 | 8,065.40 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,040.40 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,015.40 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,990.40 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,965.40 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,940.40 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,915.40 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,890.40 |
| 10/13/12 | {2} | Redd | settlement payment | 1129-000 | 1,000.00 | | 8,890.40 |
| 10/13/12 | {2} | Redd | settlement check | 1129-000 | 1,000.00 | | 9,890.40 |
| 10/23/12 | {2} | Redd | Reversed Deposit 100002 1 settlement check - NSF | 1129-000 | -1,000.00 | | 8,890.40 |
| 10/23/12 | {2} | Redd | Reversed Deposit 100001 1 settlement payment  -NSF | 1129-000 | -1,000.00 | | 7,890.40 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,865.40 |
| 11/03/12 | {2} | Redd | redeposit of nsf check dated October 19, 2012; | 1129-000 | 1,000.00 | | 8,865.40 |

|  | Subtotals : | $16,569.44 | $7,704.04 | |
|---|---|---|---|---|

{} Asset reference(s)

Printed: 07/17/2013 12:09 AM      V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-07574 |
| Case Name: | REDD, MICHAEL L. |
| Taxpayer ID #: | **-***6285 |
| Period Ending: | 07/17/13 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******14-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | identical check numbers- see above | | | | |
| 11/03/12 | {2} | Redd | redeposit of nsf check dated September 17, 2012 (identical check numbers) | 1129-000 | 1,000.00 | | 9,865.40 |
| 11/14/12 | {2} | Redd | redeposited checks returned NSF | 1129-000 | -2,000.00 | | 7,865.40 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,840.40 |
| 12/04/12 | 102 | Joshua Greene Springer Brown | | 3210-000 | | 4,458.50 | 3,381.90 |
| 12/04/12 | 103 | Joshua Green | | 3220-000 | | 91.53 | 3,290.37 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,265.37 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033048088 20130103 | 9999-000 | | 3,265.37 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 15,569.44 | 15,569.44 | $0.00 |
| Less: Bank Transfers | 15,569.44 | 10,695.37 | |
| Subtotal | 0.00 | 4,874.07 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $4,874.07 | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 10-07574 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | REDD, MICHAEL L. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******14-67 - Checking Account |
| Taxpayer ID #: | **-***6285 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/17/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | | From Account #9200******1466 | | 9999-000 | 990.00 | | 990.00 |
| 01/30/12 | | To Account #9200******1466 | Consolidate | 9999-000 | | 990.00 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 990.00 | 990.00 | $0.00 |
| Less: Bank Transfers | 990.00 | 990.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $0.00 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 10-07574 | |
| Case Name: | REDD, MICHAEL L. | |
| | | |
| Taxpayer ID #: | **-***6285 | |
| Period Ending: | 07/17/13 | |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******14-68 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | | From Account #9200******1466 | | 9999-000 | 990.00 | | 990.00 |
| 01/30/12 | | To Account #9200******1466 | Consolidate | 9999-000 | | 990.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 990.00 | 990.00 | $0.00 |
| | | | Less: Bank Transfers | | 990.00 | 990.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-07574 |
| Case Name: | REDD, MICHAEL L. |
| Taxpayer ID #: | **-***6285 |
| Period Ending: | 07/17/13 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******14-69 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | | From Account #9200******1466 | | 9999-000 | 990.00 | | 990.00 |
| 01/30/12 | | To Account #9200******1466 | Consolidate | 9999-000 | | 990.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 990.00 | 990.00 | $0.00 |
| | | | Less: Bank Transfers | | 990.00 | 990.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-07574 |
| Case Name: | REDD, MICHAEL L. |
| Taxpayer ID #: | **-***6285 |
| Period Ending: | 07/17/13 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******14-70 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | | From Account #9200******1466 | | 9999-000 | 990.00 | | 990.00 |
| 01/30/12 | | To Account #9200******1466 | Consolidate | 9999-000 | | 990.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 990.00 | 990.00 | $0.00 |
| | | | Less: Bank Transfers | | 990.00 | 990.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-07574 |
| Case Name: | REDD, MICHAEL L. |
| Taxpayer ID #: | **-***6285 |
| Period Ending: | 07/17/13 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******14-71 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | | From Account #9200******1466 | | 9999-000 | 990.00 | | 990.00 |
| 01/30/12 | | To Account #9200******1466 | Consolidate | 9999-000 | | 990.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 990.00 | 990.00 | $0.00 |
| | | | Less: Bank Transfers | | 990.00 | 990.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-07574 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | REDD, MICHAEL L. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******14-72 - Checking Account |
| Taxpayer ID #: | **-***6285 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/17/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | | From Account #9200******1466 | | 9999-000 | 990.00 | | 990.00 |
| 01/30/12 | | To Account #9200******1466 | Consolidate | 9999-000 | | 990.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 990.00 | 990.00 | $0.00 |
| Less: Bank Transfers | 990.00 | 990.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $0.00 | |

Exhibit 9

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-07574 |
| Case Name: | REDD, MICHAEL L. |
| | |
| Taxpayer ID #: | **-***6285 |
| Period Ending: | 07/17/13 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******14-73 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | | From Account #9200******1466 | | 9999-000 | 990.00 | | 990.00 |
| 01/30/12 | | To Account #9200******1466 | Consolidate | 9999-000 | | 990.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 990.00 | 990.00 | $0.00 |
| | | | Less: Bank Transfers | | 990.00 | 990.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 07/17/2013 12:09 AM   V.13.13

Exhibit 9

# Form 2

Page: 11

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-07574 |
| Case Name: | REDD, MICHAEL L. |
| | |
| Taxpayer ID #: | **-***6285 |
| Period Ending: | 07/17/13 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******14-74 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | | From Account #9200******1466 | | 9999-000 | 500.00 | | 500.00 |
| 01/30/12 | | To Account #9200******1466 | Consolidate | 9999-000 | | 500.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 500.00 | 500.00 | $0.00 |
| | | | Less: Bank Transfers | | 500.00 | 500.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 07/17/2013 12:09 AM    V.13.13

Exhibit 9

# Form 2

Page: 12

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 10-07574 | |
| **Case Name:** | REDD, MICHAEL L. | |
| **Taxpayer ID #:** | **-***6285 | |
| **Period Ending:** | 07/17/13 | |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****775566 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 3,265.37 | | 3,265.37 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,255.37 |
| 02/07/13 | 10104 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2012 FOR CASE #10-07574, Bind # 016026455 | 2300-000 | | 3.00 | 3,252.37 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,242.37 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,232.37 |
| 04/09/13 | {2} | Redd, Michael | final settlement payment | 1129-000 | 15,000.00 | | 18,232.37 |
| 06/03/13 | 10105 | Deborah K. Ebner | Dividend paid 100.00% on $3,072.52, Trustee Compensation;  Reference: | 2100-000 | | 3,072.52 | 15,159.85 |
| 06/03/13 | 10106 | Deborah K. Ebner | Dividend paid 100.00% on $31.52, Trustee Expenses;  Reference: | 2200-000 | | 31.52 | 15,128.33 |
| 06/03/13 | 10107 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $1,441.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,441.50 | 13,686.83 |
| 06/03/13 | 10108 | Atlas Acquisitions LLC | Dividend paid  6.84% on $17,560.53; Claim# 1; Filed: $17,560.53; Reference: | 7100-000 | | 1,201.92 | 12,484.91 |
| 06/03/13 | 10109 | Discover Bank | Dividend paid  6.84% on $6,134.87; Claim# 2; Filed: $6,134.87; Reference: XXXXXXXX3071 | 7100-000 | | 419.91 | 12,065.00 |
| 06/03/13 | 10110 | Dyck-ONeal, Inc. | Dividend paid  6.84% on $114,665.33; Claim# 3; Filed: $114,665.33; Reference: XXXXX6384 | 7100-000 | | 7,848.16 | 4,216.84 |
| 06/03/13 | 10111 | Chase Bank USA NA | Dividend paid  6.84% on $5,608.88; Claim# 4; Filed: $5,608.88; Reference: XXXXXXXX0014 | 7100-000 | | 383.89 | 3,832.95 |
| 06/03/13 | 10112 | Chase Bank USA NA | Dividend paid  6.84% on $6,784.15; Claim# 5; Filed: $6,784.15; Reference: XXXXXXXX4779 | 7100-000 | | 464.33 | 3,368.62 |
| 06/03/13 | 10113 | FIA Card Services, NA/Bank of America | Dividend paid  6.84% on $49,217.07; Claim# 6; Filed: $49,217.07; Reference: | 7100-000 | | 3,368.62 | 0.00 |

|  | | | ACCOUNT TOTALS | | 18,265.37 | 18,265.37 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | | 3,265.37 | 0.00 | |
| | | | **Subtotal** | | **15,000.00** | **18,265.37** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,000.00** | **$18,265.37** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 13

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 10-07574 | |
| Case Name: | REDD, MICHAEL L. | |
| | | |
| Taxpayer ID #: | **-***6285 | |
| Period Ending: | 07/17/13 | |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****775566 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******14-65 | 8,225.23 | 85.79 | 0.00 |
| Checking # 9200-******14-66 | 0.00 | 4,874.07 | 0.00 |
| Checking # 9200-******14-67 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******14-68 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******14-69 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******14-70 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******14-71 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******14-72 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******14-73 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******14-74 | 0.00 | 0.00 | 0.00 |
| Checking # ****775566 | 15,000.00 | 18,265.37 | 0.00 |
| | $23,225.23 | $23,225.23 | $0.00 |

{} Asset reference(s)

Printed: 07/17/2013 12:09 AM    V.13.13